**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE REINVESTMENT FUND, INC., | : | |
| Plaintiff, | : | No. 24-cv-2144-JMY |
| | : | |
| vs. | : | |
| | : | |
| OLLIE RF LLC & | : | |
| TRAVIS ROBERT-RITTER, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 29th day of October, 2024, upon consideration of the *Request for Default Judgment for a Sum Certain against Ollie RF LLLC* (ECF No. 9), it is **ORDERED** that said Request for Entry of Judgment will be **DENIED** because Plaintiff seeks to enter a judgment against less than all of the named Defendants in this matter.[1]

BY THE COURT:

/s/ John Milton Younge
Judge John Milton Younge

[1] No Affidavit of Service appears on the docket to establish that Defendant Travis Robert-Ritter was served with the Complaint. Therefore, the Court must presume that Defendant Robert-Ritter was not served with the Complaint. Under the circumstances, the Court will not enter final judgment against less than all Defendants.