**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE REINVESTMENT FUND, INC.,<br>*Plaintiff*,<br><br>v.<br><br>OLLIE RF LLC and<br>TRAVIS ROBERT-RITTER,<br>*Defendants*. | Civil Action No. 2:24-cv-02144-JMY |

**<u>NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through its undersigned counsel, hereby voluntarily dismiss, **WITHOUT PREJUDICE,** all Counts of its Complaint against defendant, Travis Robert-Ritter.

**DILWORTH PAXSON LLC**

*<u>/s/ Erik L. Coccia</u>*
Erik L. Coccia, Esquire
I.D. No. 308944
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
T: (215) 575-7000
F: (215) 754-4603
*ecoccia@dilworthlaw.com*
*Attorneys for Plaintiff, The Reinvestment Fund, Inc.*

Dated: November 14, 2024

**CERTIFICATE OF SERVICE**

I, Erik L. Coccia, hereby certify that I caused to be served, this 14th day of November, 2024, a true and correct copy of Plaintiff's Notice of Voluntary Dismissal, via First Class Mail, upon the following:

Ollie RF LLC
c/o Penncorp Service Group, Inc.
600 North Second St., Ste. 401
Harrisburg, PA 17104

OLLIE RF LLC
3309 Mary Street
Coconut Grove, FL 33133

OLLIE RF LLC
c/o A Registered Agent, Inc.
8 The Green, Suite A
Dover, DE 19901

Travis Robert-Ritter
140 W. Sunrise Avenue
Miami, FL 33133

Travis Robert-Ritter
5445 Kerwood Oaks Drive
Coral Gables, FL 33156

/s/ Erik L. Coccia
Erik L. Coccia